IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

:::::::::::::::::::::::::::::::::::::::::::::::::::

ROBERT FRANCIS BURNS,   NO. CV-22-47-BMM

Plaintiff,

-vs-

ORDER GRANTING MOTION FOR
DISMISSAL WITH PREJUDICE

WILLIAM BRET BAIER and
JOHN/JANE DOES 1-5,

Defendants.

:::::::::::::::::::::::::::::::::::::::::::::::::::

The Plaintiff and Defendant, having moved the Court jointly for an order dismissing this action with prejudice, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and that each of the parties shall bear their own costs and attorney's fees.

DATED this 8th day of August, 2023.

_____
Brian Morris, Chief District Judge
United State District Court

**2**